UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Quicken Loans Inc.

In Re:
Brad Paul Bogan
Felicia Bogan

     DEBTOR(S),

Order Filed on January 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>17-32702 KCF</u>

Hearing Date: January 16, 2018

Judge:  KATHRYN C. FERGUSON

Recommended Local Form:  ☐ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Quicken Loans Inc.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 27 Surrey Lane, Eatontown NJ 07724**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32702-KCF
Brad Paul Bogan                                                           Chapter 7
Felicia Bogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin           Page 1 of 1           Date Rcvd: Jan 18, 2018
                                 Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db/jdb          +Brad Paul Bogan,    Felicia Bogan,    27 Surrey Lane,    Eatontown, NJ 07724-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
            Barry  Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com
            Brian C. Nicholas    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William H. Oliver, Jr.    on behalf of Debtor Brad Paul Bogan bkwoliver@aol.com,
             R59915@notify.bestcase.com
            William H. Oliver, Jr.    on behalf of Joint Debtor Felicia  Bogan bkwoliver@aol.com,
             R59915@notify.bestcase.com
                                                                                          TOTAL: 5