UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BRAD P. BOGAN and  
FELICIA BOGAN,

Case No.: 17-32702  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 1/18/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on February 20, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 27 Surrey Lane, Eatontown, NJ - $271,000

Liens on property: $332,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost  
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648  
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-32702-KCF
Brad Paul Bogan                                                     Chapter 7
Felicia Bogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: pdf905          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
```
db/jdb         +Brad Paul Bogan,    Felicia Bogan,    27 Surrey Lane,    Eatontown, NJ 07724-2125
517168736     ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court: Allied Digestive Health,     60 Hwy 36 Ste B,
                 West Long Branch, NJ 07764-1463)
517168735      +Allied Digestiv,    c./o Traf Group Inc/A-1 Collections,    2297 St Hwy 33, Suite 906,
                 Hamilton Square, NJ 08690-1717
517168737      Allied Interstate,    Collection Consultants Division,    PO Box 9017,    Oceanside, NY 11572
517168960     +Apothaker Scian P.C.,    520 Fellowhip Road Suite C306,    Po Box 5496,
                 Mount Laurel, NJ 08054-5496
517168739    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517168968     +Bank of America,    co Mullooly Jeffrey Rooney and Flynn,    6851 Jericho Tpke #220,
                 Bank Of America,    Syosset, NY 11791-4449
517168743      Central Jersey Urgent Care,    731 Highway 35 Unit G,    Asbury Park, NJ 07712-4765
517168742     +Central Jersey Urgent Care,    PO Box 11882,    Belfast, ME 04915-4009
517168744     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517168966      Citi,    PO Box 9001037,    Louisville, KY 40290-1037
517168746      CitiBank N.A.,    P. O. Box 209020,    Brooklyn, NY 11220-9020
517168965     +Citibank N.A.,    co Total Card, Inc.,    5109 S. Broadbank Lane,    Sioux Falls, SD 57108-2208
517168748     +Coastal Healthcare Nj,    1314 Hooper Ave B,,    Toms River, NJ 08753-2975
517168747     +Coastal Healthcare Nj,    c/o Bureau of Account Management,    3607 Rosemont Ave Ste 502,
                 Po Box 8875,    Camp Hill, PA 17001-8875
517168749      Discover Financial,    co Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517168751     +EMA,    Community EMA,    PO Box 417442,    Boston, MA 02241-7442
517168752      Everett Medical Lab,    103 Glendale Ave,    Edison, NJ 08817-5280
517168753    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517168957      JC Penny,    c.o Client Services,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-4047
517168754     +Labcorp,    P. O. Box 2240,    Burlington, NC 27216-2240
517168755      Lincare,    P. O. Box 81165,    Conyers, GA 30013-9165
517168963     +MRS Associates,    1930 Onley Avenue,    Cherry Hill, NJ 08003-2016
517168959     +Macys,    co Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
517168958     +Macys,    P.O. Box 183083,    Columbus, OH 43218-3083
517168757      Monmouth Medical Center,    co B&B Collections, Inc.,    P.O. Box 2137,
                 Toms River, NJ 08754-2137
517168759     +Rowe Plastic Surgery,    co Schachter Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
517168760     +Rowe Plastic Surgery,    820 Park Ave #1B,,    New York, NY 10021-2758
517168962      Sears Credit Cards,    Po Box 78051,    Phoenix, AZ 85062-8051
517168764      Synchrony Bank,    co Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517168765     +Synchrony Bank,    co Apothaker & Associates, P.C.,    520 Fellowship Road,
                 Mount Laurel, NJ 08054-3407
517168768     +The Plastic Surgery Center,    535 Sycamore Avenue,    Shrewsbury, NJ 07702-4225
517168964     +United Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
517168769     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2018 23:17:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2018 23:17:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517168738     +E-mail/Text: bkrpt@retrievalmasters.com Jan 19 2018 23:17:54
                 AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517168740     +E-mail/Text: ebn@barnabashealth.org Jan 19 2018 23:18:07     Barnabas Health,
                 Monmouth Medical Center,    P.O. Box 903,    Oceanport, NJ 07757-0903
517168741      E-mail/Text: ebn@barnabashealth.org Jan 19 2018 23:18:07     Barnabas Health,
                 Community Medical Center,    Payment Processing Center,    PO Box 29962,
                 New York, NY 10087-9962
517168745     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 23:17:55     Citibank N.A.,
                 c/o Midland Funding,    Po Box 939069,    San Diego, CA 92193-9069
517168750     +E-mail/Text: mrdiscen@discover.com Jan 19 2018 23:17:44     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517168956     +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:22     JC Penny Credit Card,
                 Po Box 965009,    Orlando, FL 32896-5009
517168756      E-mail/Text: ebn@barnabashealth.org Jan 19 2018 23:18:07     Monmouth Medical Center,
                 200 Second Ave.,    Long Branch, NJ 07740
517168961      E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:04     Old Navy Visa,    P. O. Box 960017,
                 Orlando, FL 32896-0017
517168758     +E-mail/Text: bankruptcyteam@quickenloans.com Jan 19 2018 23:18:05     Quicken Loans, Inc.,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: pdf905          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517168967         E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:22      Sams Club,   P.O. Box 530942,
                  Atlanta, GA 30353-0942
517168761        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:22      Sams Club,   P.O. Box 981400,
                  El Paso, TX 79998-1400
517168762        +E-mail/Text: bankruptcy@cavps.com Jan 19 2018 23:18:03         Synchrony Bank,
                  c/o Cavalry Portfolio Services,   500 Summit Lake Ste 400,    Valhalla, NY 10595-1340
517168763        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 23:17:55      Synchrony Bank,
                  c/o Midland Funding,   Po Box 939069,   San Diego, CA 92193-9069
517170195        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:13      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517168766        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:04      Synchrony Bank,   Po Box 960061,
                  Orlando, FL 32896-0061
517168767        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 23:14:22      Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517168973*       +Apothaker Scian P.C.,   520 Fellowhip Road Suite C306,   Po Box 5496,
                  Mount Laurel, NJ 08054-5496
517168981*       +Bank of America,   co Mullooly Jeffrey Rooney and Flynn,   6851 Jericho Tpke #220,
                  Bank Of America,   Syosset, NY 11791-4449
517168979*        Citi,   PO Box 9001037,   Louisville, KY 40290-1037
517168978*       +Citibank N.A.,   co Total Card, Inc.,   5109 S. Broadbank Lane,   Sioux Falls, SD 57108-2208
517168970*        JC Penny,   c.o Client Services,   3451 Harry S Truman Blvd.,   Saint Charles, MO 63301-4047
517168969*       +JC Penny Credit Card,   Po Box 965009,   Orlando, FL 32896-5009
517168976*       +MRS Associates,   1930 Onley Avenue,   Cherry Hill, NJ 08003-2016
517168971*       +Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
517168972*       +Macys,   co Credit Control LLC,   PO Box 31179,   Tampa, FL 33631-3179
517168974*        Old Navy Visa,   P. O. Box 960017,   Orlando, FL 32896-0017
517168980*        Sams Club,   P.O. Box 530942,   Atlanta, GA 30353-0942
517168975*        Sears Credit Cards,   Po Box 78051,   Phoenix, AZ 85062-8051
517168977*       +United Collection Bureau,   5620 Southwyck Blvd,   Suite 206,   Toledo, OH 43614-1501
                                                                                 TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
          Brian C. Nicholas    on behalf of Creditor   Quicken Loans Inc. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Brad Paul Bogan bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Joint Debtor Felicia  Bogan bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                              TOTAL: 5
```